**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181/Fax: (856) 581-4214
By:   Steven J. Bushinsky, Esquire
        Daniel A. Horowitz, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>B&G FINISHING, LLC;<br><br>Defendant. | Case No: 1:21-cv-11187<br><br>*Civil Action*<br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 4th day of May 2022

**ORDERED AND ADJUDGED** that the Plaintiffs recover of Defendant B&G Finishing, LLC the sum of **$20,317.95** which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon.

~~IT IS FURTHER ORDERED and ADJUDGED that this Court will retain~~

active jurisdiction over the enforcement and continued litigation of this matter.

*The Clerk shall close the file.*

/s/ Renee Marie Bumb
Renee Marie Bumb, U.S.D.J.